# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**BRANDON S. LAVERGNE (# 424229)**     **CIVIL ACTION**

**VERSUS**

**NO. 17-1696-JWD-RLB**

**KEITH STUTES, ET AL.**

**Consolidated with:**

**BRANDON S. LAVERGNE (# 424229)**     **CIVIL ACTION**

**VERSUS**

**NO. 18-693-JWD-RLB**

**KEITH STUTES, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 10, 2019, to which an objection was filed (Doc. 96);

**IT IS ORDERED** that the Court declines the exercise of supplemental jurisdiction over any potential state law claims.

**IT IS FURTHER ORDERED** that the plaintiff's claims regarding his conditions of confinement in CCR beginning in October of 2018 are dismissed without prejudice for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

**IT IS FURTHER ORDERED** that all other claims are dismissed with prejudice for failure to state a claim upon which relief may be granted pursuant to 1915A, and that this action is dismissed.

**IT IS FURTHER ORDERED** that all pending Motions be denied as moot.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on September 23, 2019.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**