UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**BRANDON S. LAVERGNE (# 424229)**

**VERSUS**

**KEITH STUTES, ET AL.**

**CIVIL ACTION**

**NO. 17-1696-JWD-RLB**

**Consolidated with:**

**BRANDON S. LAVERGNE (# 424229)**

**VERSUS**

**KEITH STUTES, ET AL.**

**CIVIL ACTION**

**NO. 18-693-JWD-RLB**

**JUDGMENT**

For the written reasons assigned,

**IT IS ORDERED, ADJUDGED and DECREED** that the Court declines the exercise of supplemental jurisdiction over any potential state law claims.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the plaintiff's claims regarding his conditions of confinement in CCR beginning in October of 2018 are dismissed without prejudice for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that all other claims are dismissed with prejudice for failure to state a claim upon which relief may be granted pursuant to 1915A, and that this action is dismissed.

Signed in Baton Rouge, Louisiana, on September 23, 2019.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**